IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | |
|---|---|
| The UNITED STATES OF AMERICA for The use and benefit of HALVERSON MECHANICAL, INC.; HALVERSON MECHANICAL, INC., a Utah corporation,<br><br>Use Plaintiffs,<br><br>vs.<br><br>DAVID BOLAND, INC., a Nevada corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Defendants. | Civil Action No. 2:09-cv-01682-LRH-GWF<br><br>Magistrate Judge George Foley, Jr.<br>Judge Larry R. Hicks<br><br>**ORDER CONFIRMING SETTLEMENT AND ENTRY OF DISMISSAL WITH PREJUDICE** |

THIS MATTER having come before the Court upon the Joint Stipulation of Settlement and Motion for Entry of Order of Dismissal With Prejudice; and the Court having reviewed the pleadings and being otherwise advised in the premises, it is, upon consideration thereof,

ORDERED and ADJUDGED:

1. This matter, including all its claims, counterclaims, and all causes of action asserted herein, or which could have been asserted herein, is dismissed **WITH PREJUDICE.**

2. Each party shall bear their own attorney's fees and costs incurred herein.

3. This Court shall retain jurisdiction to enforce the terms of the Mutual Releases and such other matters as may be necessary.

IT IS SO ORDERED this 15th day of January, 2011.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Copies to:
All counsel of record